IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Philip A. Brimmer**

Criminal Action No. 09-cr-00470-PAB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. JOSE RAMIREZ-PEREZ,

    Defendant.

---

**ORDER**

---

This matter comes before the Court on the letter of defendant [Docket No. 25] filed on April 12, 2010, asking that the Court amend the judgment to recommend that the Bureau of Prisons place defendant in a BOP facility in Florida or at FDC Englewood. The sentencing in this case took place on March 26, 2010. The Judgment was docketed on March 30, 2010. Because this request is made more than 14 days after sentencing or judgment, it is denied as untimely. *See* Fed. R. Crim. P. 35.

    DATED April 28, 2010.

                                                      BY THE COURT:

                                                    s/Philip A. Brimmer
                                                    PHILIP A. BRIMMER
                                                    United States District Judge